```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
----------------------------------------X
REGAN DUFNER,                             Case No. 10CV-02027
                                          (Arterton, J.)
              Plaintiff,

    -against-                             DEFENDANTS' MOTION
                                          TO DISMISS
ROBERT LAPRE, GEORGE ROBERTA,
GARY MONGERO, AWARD ENTERPRISES,
INC., AND NORTHEAST SORT AND
FULFILLMENT CORP.,

              Defendants.
----------------------------------------X
```

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law, the amended complaint, the Affidavit of Defendant George Roberta, sworn to the 9th day of May 2011, Exhibits thereto, and upon all the pleadings and proceedings heretofore had herein the undersigned will move this Court before the Honorable Janet Bond Arterton, Judge of this Court, at the Courthouse thereof, located at the Richard C. Lee United States Courthouse, 141 Church Street, New Haven, Connecticut 06510, at a time and date to be determined by the Court, for an order as follows:

    1) Dismissing the amended complaint for failure to state a cause of action, for improper venue, and/or for lack of subject matter jurisdiction, pursuant to Federal Rules of Civil Procedure §§ 12(b)(1), 12(b)(3), and 12(b)(6), for failure to comply with the mandatory New York forum selection clause of the contract attached to and incorporated into the complaint as Exhibit "B";

    2) Dismissing the amended complaint pursuant to Federal

**ORAL ARGUMENT IS NOT REQUESTED**

    Rules of Civil Procedure §§ 12(b)(3), 12(b)(6), and 28 USCA §1391(a), for improper venue in that none of the Defendants reside in Connecticut, and all of the claimed events giving rise to the claims set forth in the complaint, occurred in New York;

3) Dismissing the amended complaint pursuant to Federal Rule of Civil Procedure, §12(b)(2), for lack of personal jurisdiction over Defendants Roberta, Award Enterprises, Inc., and Northeast Sort and Fulfillment Corp., in that they have no contacts whatsoever with the State of Connecticut, and the mandatory forum selection clause of the contract between the parties, requires suit in a New York State or Federal court;

4) Dismissing each of the twelve counts set forth in the amended complaint, pursuant to Federal Rules of Civil Procedure §§12(b)(6), 9(b); N.Y.S. CPLR §3001; N.Y.S. General Business Law §§ 339-a, 352-c, 359-e; 17 C.F.R. §240-10(b)(5); 15 U.S.C.A. §78(c); CUTPA §§42-110(a) and 42-110(b); and

5) For such other and further relief as this Court deems just and proper.

```
                              s/_____
                              PERRY DEAN FREEDMAN
                              (phv04472)
                              Attorney for Defendants
                              Roberta, Award Enterprises,
                              and Northeast
                              Ten Bank Street, Suite 650
                              White Plains, NY 10606
                              Tel.:914-289-0040
                              Fax: 914-289-0054
                              pdf@perryfreedmanlaw.com
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2011, a copy of the foregoing DEFENDANTS' MOTION TO DISMISS, AFFIDAVIT WITH EXHIBITS, and DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS WITH EXHIBIT, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

On May 13, 2011 copies of the DEFENDANTS' MOTION TO DISMISS, AFFIDAVIT WITH EXHIBITS, and DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS WITH EXHIBIT, were served on the pro se defendants, by mailing same by first class mail, in a sealed envelope, with postage prepaid thereon, in a post office of official depository of the U.S. Postal Service within the State of New York, addressed to:

GARY MONGERO
Defendant Pro Se
166 Stoneleigh Ave.
Carmel, NY  10512

Robert LaPre
Defendant Pro Se
180 East Prospect Ave., Suite 2
Mamaroneck, NY  10547

                                                    s/_____
                                                    PERRY DEAN FREEDMAN
                                                    (PHV04472)