# *William A. Shilling, Jr., P.C.*
*Attorney at Law*
*105 Gleneida Avenue*
*Carmel, New York 10512*
*E-Mail was.law@comcast.net*

*Phone (845) 225-7500*                                                                      *Fax (845) 225-5692*

June 7, 2010

<u>By Hand</u>
Mr. George Roberta
229 McLain Street
Mt. Kisco, New York 10549

Re:    <u>Stock Purchase Agreement</u>

Dear Mr. Roberta:

I enclose herewith proposed Stock Purchase Agreement, Promissory Note and Lease with addendum. Please note, these are being forwarded to you in Mr. Shilling's absence and without his prior review.

I have ordered a UCC-1 search and a Certificate of Good Standing from the Department of State.

I also enclose my escrow check payable to your order in the amount of $24,000.00. While we have no signed agreement, my clients have nevertheless instructed me to forward this check to you in good faith. Of course, in the event an agreement is not reached, you will return the moneys to my clients. Please do not negotiate the check unless you sign the enclosed copy of this letter, indicating your willingness to return the money in the event an agreement is not reached.

Upon your review, kindly contact our office to discuss.

Very truly yours,

Betty Morais
Legal Assistant

/bm
Encl.

cc:   Mr. Regan Dufner                                         _____
                                                                           George Roberta