## *William A. Shilling, Jr., P.C.*
*Attorney at Law*
*105 Gleneida Avenue*
*Carmel, New York 10512*
*E-Mail was.law@comcast.net*

*Phone (845) 225-7500*                                                                 *Fax (845) 225-5692*

January 6, 2011

Mr. George Roberta
229 McLain Street
Bedford Corners, New York 10549

                        Re:    Stock Purchase of Northeast
                               Sort & Fulfillment Corp.

Dear Mr. Roberta:

      Please be advised that I am no longer representing Regan Dufner and Gary Mongero in this matter. I am therefore returning the original stock certificate back to you.

                                          Very truly yours,

                                          William A. Shilling, Jr., Esq.

WAS/bm
Encl.

cc:    Mr. Regan Dufner

