# Robert Lepre
47 Oak Lane
Pelham, NY 10803
(914) 698-0700 Phone * (914) 698-8118 Facsimile

FILED
2011 MAY 20 A 9:02
U.S. DISTRICT COURT
NEW HAVEN, CT

May 16, 2011

The Honorable Janet Bond Arterton
United States District Judge
Richard C. Lee United States Court House
141 Church Street
New Haven, CT 05610
Facsimile (203) 773-2334

Re:  Case No. 3:10-2027-(JBA)
REGAN DUMNER, *Plaintiff* v. ROBERT LEPRE, GEORGE ROBERTA, GARY MONGERO, AWARD EENTERPRISES, INC. AND NORTHEAST SORT AND FULFILLMENT CORP., *Defendants*
OBJECTION TO MOTION TO COMPEL ARBITRATION dated May 5, 2011

Dear Judge Arterton

I am writing to you today to advise my involvement regarding the above referenced case in which I have been named. I am a contractor and was hired to paint and perform repairs to the restaurant's premises. That was my only involvement regarding this business.

I feel I should not be included on this suit and respectfully request that my name be removed from the suit altogether. Please advise if there is anything additional you need from me in order to bring my request to fruition.

Respectfully,

Robert Lepre